| | | |
|---|---|---|
| 01/09/2017 | MONDAY | Judge Randall L. Dunn |

**1:00 PM 16-3140 rld ap**  Starr Indemnity & Liability Company v. SeaPort Airlines, Inc. et

    16-30406  **Pretrial Conference**

        Starr Indemnity & Liability    SHAWN P RYAN ✓

        Kenyon Internatl Emergency Svcs    CONDE T COX ✓

    16-30406  **Rule 12 Motion and Supporting Document(s). Filed by Defendant Kenyon Internatl Emergency Svcs Inc (COX, CONDE) (8)**

        Starr Indemnity & Liability    SHAWN P RYAN

        Kenyon Internatl Emergency Svcs    CONDE T COX

*Scott Boyd - Kenyon*
*Andrew Biggs - WA Counsel for Starr*

Evidentiary Hearing:    Yes: ☐    No: ☒

*Court to enter Rule 26 Order*
*Court to enter Scheduling Order encompassing the following dates:*
*Response Deadline Friday, 1/13/17*
*Reply Deadline Tues., 1/24/17*
*Final Hearing Tues. 2/7/17 @ 10:30 AM, TEL*
*Shawn Ryan to file Motion to Withdraw Reference*

Order to be prepared by:  ☒ Clerk's Office  ☒ Chamber  *CRD*

**OD3 - Dismissal Order**

    #1 _____ Settled _____ (21) days.

    #2 _____ to Prepare Judgement/order _____ (21) days.

    #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**

    #1 _____ Planning Conf. by ___-___-___ / Conf. Report by ___-___-___.

    #2 _____ Planning Conf. by ___-___-___ / No report.

    #3 _____ Discovery can proceed.

    #4 _____ No Planning Conf./Initial disclosures by ___-___-___.

    #5 _____ Discovery limited to _____.

Docket Entry:

    Run Date:    01/10/17